IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01226-WJM-NRN

WALDO MACKEY,

    Plaintiff,

v.

KRISTEN HILKEY,
DAVIS TALLEY,
CHAD DILWORTH,
DARLENE ALCALA,
JASON GUIDRY,
BRANDON MATHEWS,
DARIC HARVEY, and
ANY UNKNOWN DEFENDANTS FROM COLORADO BOARD OF PAROLE,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [63] Order Adopting December 10, 2021 Recommendation of Magistrate Judge entered by United States District Judge William J. Martínez on April 22, 2022, it is

ORDERED that Plaintiff's claims are dismissed WITHOUT PREJUDICE. This case is closed.

DATED May 17, 2022, at Denver, Colorado.

                      FOR THE COURT:

                      Jeffrey P. Colwell, Clerk

                      By:    s/H.Guerra
                             Deputy Clerk